IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Atlas Uluslararasi Kumanyacılık tic A.Ş | § | |
| | § | |
| Atlas Gemi Vanalari ve Ekipmanlari Tic Ltd Sti, | § | |
| | § | CIVIL ACTION NO.:  20-679 (UNA) |
| PlaintiffS, | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| vs. | § | |
| | § | |
| M/V ARICA, IMO 9399741, its engines, tackle and apparel, | § | |
| | § | |
| Defendant *in rem*, | § | |
| | § | |
| and | § | |
| | § | |
| FS Arica, Ltd., | § | |
| | § | |
| Defendant *in personam*, | § | |
| | § | |
| and | § | |
| | § | |
| The Master of the M/V ARICA, | § | |
| | § | |
| Garnishee. | § | |
| | § | |

## ORDER

Upon the Motion of Plaintiffs for the appointment of  Timothy Jay Houseal or his designate as Representative to serve the Writ of Maritime Attachment and Warrant of Maritime Arrest issued by this Court in place of the United States Marshal in this case, and good cause appearing therefore, it is hereby

ORDERED that Plaintiffs' Motion is granted, and that Timothy J. Houseal or his designate is appointed to serve as Representative to serve the Warrant of Maritime Arrest and Writ of Maritime Attachment on the Garnishee, Master of the M/V ARICA ("Vessel") in place of the U.S. Marshal for the District of Delaware, and it is further

ORDERED that considering present Covid restrictions such service may be made directly by facsimile, email or other electronic means on the Master of the Vessel, Garnishee, or to the

Master of the Vessel c/o Biehl & Co., the Vessel's local husbanding agent:

> 7900 Radcliffe Street, Building 205, Suite 4
> Bristol, PA 19007
> Phone : 302.594.9700 (24 hrs)
> Fax     : 302.594.9705
> Email  : Ops.Delaware@Biehlco.com

Or on such other husbanding agent which has replaced Biehl & Co.

ORDERED that Timothy Jay Houseal or his designate shall report the results of the arrest to the U.S. Marshal for the District of Delaware and cause to be filed a return of service with this Court following service of the Warrant of Arrest.

DONE AND ORDERED this _20th_ day of May, 2020.


The Honorable Maryellen Noreika
United States District Judge