


A N⁰ 02553

BUNKERING (JA) LTD.
(FOR ACCOUNT: PETROTEC MARINE PETROLEUM LTD)

# BUNKER DELIVERY RECEIPT (BDR)

**Petrotec Bunkering (JA) Ltd**
(On account Petrotec Marine Petroleum Ltd)
88 Barbican road
Barbican Business Center
Unit 20
Kingston 6
Tel 1: +1876-6182001
Tel 2: +1876-6182002
Fax :
Mobile 1: +1876-428-7138
Mobile 2: +1876-509-0969
operations@petrotecltd.com
www.petrotecltd.com

| Field | Value |
|---|---|
| Date of issue: | 20/04/2020 |
| Vessel bunkered: | ARICA |
| Flag: | LIBERIA |
| IMO No: | 9399741 |
| Port: | KINGSTON |
| Area (IA/OA/IP): | IA |
| Delivery date: | 20/04/2020 |
| Customer: | DEUTSCHE CALPAM GMBH |

| GRADE | ENVIRONMENTAL QUANTITY IN KGS | ENVIRONMENTAL QUANTITY IN LTRS | LITRES AT 15 C | BILLING QUANTITY IN M/T | DENSITY AT 15 C Kg M3 |
|---|---|---|---|---|---|
| VLSFO | — | 271,446 | 264,577 | 249,999 | 0,9460 |
| SULPHUR 0,48% | | | | | OBSERVED TEMPERATURE 45,2 C |

**Quantity written in full:** TWO HUNDRED FORTY NINE AND NINE HUNDRED NINETY NINE

| PUMPING HOURS | METHOD OF DELIVERY | |
|---|---|---|
| STARTED: 12:54 | BARGE (Name of the barge) | EX-PIPE (Name of the berth) |
| FINISHED: 14:54 | SCOT BERLIN | — |

A. You are kindly requested to witness the opening and closing meter reading, and barge ullages, before commencement and after completion of the bunkering operation. These readings will be used as final figures of measurement and will be the official basis in determining the quantity delivered to your vessel. Owners and/or Operators and/or Charterers of the vessel to be jointly and severally liable for the payment of all and any bunkers supplied as stated above, and until the amount due, under the invoice for them, has been paid in full, the property of such bunkers, remain with the suppliers. All disputes that may arise for this bunkering operation will be settled by the Law of England and the jurisdiction of the English High Court. THIS CERT. THAT SULPHUR DOES NOT EXCEED 3,5% or 0,5% AS PER REG 14.1 AND
B. The sample is valid for fifteen (15) days only. 0,1% AS PER REG 14.4 OF MARPOL ANNEX VI
C. The fuel complies with regulations 14.1 and 18.3 of Annex VI of Marpol 73/78 as per revision Jan 1ˢᵗ 2019

| (FOR ACCOUNT) PETROTEC MARINE PETROLEUM LTD | RECEIVING VESSEL | SAMPLE SEAL NUMBERS |
|---|---|---|
| [Stamp: SCOT BERLIN 9255804 VALLETTA] | CAPTAIN's (Name) ▶ And/or CH. ENGINEER's (Name) ▶ V. TORANOV  VESSEL's STAMP (Below) ▼  [Stamp: Call sign: A80A2 IMO No.: 9399741 Official No. 17360 Monrovia, Liberia]  SIGNATURE (Below) ▼ [signature] | SHIP SAMPLE ▼ GHLSBY 384155  BARGE SAMPLE ▼ GHLSBY 384225 GHLSBY 380825  MARPOL SAMPLE ▼ GHLSBY 380703 |

Form No 1 – Issued 28/10/11

**Exhibit A**




A № 02554

# BUNKER DELIVERY RECEIPT (BDR)

**Petrotec Bunkering (JA) Ltd**
(On account Petrotec Marine Petroleum Ltd)
88 Barbican road
Barbican Business Center
Unit 20
Kingston 6
Tel 1: +1876-6182001
Tel 2:+1876-6182002
Fax :
Mobile 1:+1876-428-7138
Mobile 2:+1876-509-0969
operations@petrotecltd.com
www.petrotecltd.com

| Field | Value |
|---|---|
| Date of issue: | 20/04/2020 |
| Vessel bunkered: | ARICA |
| Flag: | LIBERIA |
| IMO No: | 9399741 |
| Port: | KINGSTON |
| Area (IA/OA/IP): | IA |
| Delivery date: | 20/04/2020 |
| Customer: | DEUTSCHE CALPAM GMBH |

| GRADE | ENVIRONMENTAL QUANTITY IN KGS | ENVIRONMENTAL QUANTITY IN LTRS | LITRES AT 15 C | BILLING QUANTITY IN M/T | DENSITY AT 15 C Kg M3 |
|---|---|---|---|---|---|
| LSMGO | — | 210,973 | 207,295 | 174,998 | 0,8453 |
| SULPHUR 0,062% | | | | | OBSERVED TEMPERATURE 36,0 C |
| Quantity written in full | ONE HUNDRED SEVENTY FOUR M/T NINE HUNDRED NINETY EIGHT. | | | | |

| PUMPING HOURS | METHOD OF DELIVERY | |
|---|---|---|
| STARTED: 15:12 FINISHED: 16:48 | BARGE (Name of the barge) SCOT BERLIN | EX-PIPE (Name of the berth) — |

A. You are kindly requested to witness the opening and closing meter reading, and barge ullages, before commencement and after completion of the bunkering operation. These readings will be used as final figures of measurement and will be the official basis in determining the quantity delivered to your vessel. Owners and/or Operators and/or Charterers of the vessel to be jointly and severally liable for the payment of all and any bunkers supplied as stated above, and until the amount due, under the invoice for them, has been paid in full, the property of such bunkers, remain with the suppliers. All disputes that may arise for this bunkering operation will be settled by the Law of England and the jurisdiction of the English High Court. THIS CERT. THAT SULPHUR DOES NOT EXCEED 3.5% or 0.5% AS PER REG 14.1 AND
B. The sample is valid for fifteen (15) days only. 0,1% AS PER REG 14.4 of MARPOL ANNEX VI
C. The fuel complies with regulations 14.1 and 18.3 of Annex VI of Marpol 73/78 as per revision Jan 1st 2019

| (FOR ACCOUNT) PETROTEC MARINE PETROLEUM LTD | RECEIVING VESSEL | | SAMPLE SEAL NUMBERS |
|---|---|---|---|
| [stamp: SCOT BERLIN 9255804 VALLETTA] [stamp: Call sign: A8OA2 IMO No.: 9399741 Official No. 17360 Monrovia Liberia] | CAPTAIN's (Name) ▶ | | ▼ |
| | And/or CH. ENGINEER's (Name) ▶ | V Tolinso | SHIP SAMPLE ▼ GULSBY 289734 |
| | VESSEL's STAMP (Below) ▼ | SIGNATURE (Below) ▼ | BARGE SAMPLE ▼ GULSBY 289424 GULSBY 289450 |
| | | | MARPOL SAMPLE ▼ GULSBY 289608 |

Form No 1 – Issued 28/10/11