Original



Deutsche Calpam GmbH

## Rechnung/Invoice    Nr. 26339

| | |
|---|---|
| Telefon | +49-40-3068620 |
| Telefax | +49-40-30686216 |
| E-Mail | bunkers@calpam.de |
| USt-IdNr. | DE 814800555 |
| Steuernr. | 41/714/02250 |
| Finanzamt | Hamburg-Altona |

Deutsche Calpam GmbH · Grosse Elbstrasse 141 a ·22767 Hamburg

Captain and Owners of MS "ARICA" and
FS "ARICA" Limited
c/o
NSC Shipping GmbH & Cie. KG
Van-der-Smissen-Str. 9

22767 Hamburg
DEUTSCHLAND

| | |
|---|---|
| **MS/MV** | ARICA |
| Lieferdatum / Date of delivery | 20.04.2020 |
| Lieferhafen / Port of delivery | Kingston |

| Kunden Nr. / Debtors No. | Kunden-USt-IdNr. / Debtors VAT-No. | Auftrags Nr. / Order No. | Rechnungsdatum / Date of invoice |
|---|---|---|---|
| **504435** | **DE244241076** | **2020/05/0010/2** | **29.04.2020** |

| Menge/Quantity | Produkt/Product | Preis/Price | Nettobetrag/Net amount |
|---|---|---|---|
| 249,999 mt | Very Low Sulphur Fuel Oil 0,5% (21) | 313,00 | 78.249,69 USD |
| 174,998 mt | Low sulphur Marine Gasoil (22) | 419,00 | 73.324,16 USD |

| Nettobetrag / Net amount | Mehrwertsteuerbetrag / Value added tax | Mehrwertsteuersatz / Value added tax % | | Rechnungsbetrag / Invoice amount |
|---|---|---|---|---|
| 151.573,85 USD | 0,00 USD | 0 | | 151.573,85 USD |

Kurs/Exchange rate

**Fälligkeit/Due Date**
19.05.2020

**Zahlungsbedingungen/Payment Terms**
14 days after date of delivery - Late payment interest rate 10% p.a.

**Zahlungsinstruktionen/Payment Instructions**
Payment to be made by direct Swift MT 103 for account Deutsche Calpam GmbH, No.
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Deutsche Calpam GmbH acts and/or performs its services exclusively on the basis of its General Terms and Conditions, effective 1st January, 2018 and available at http://www.calpam-hamburg.de/terms-conditions

| EURO-Kurs | Rechnungsbetrag EURO |
|---|---|
| 1,10634 | 137.004,64 EUR |
| | (for internal reference only) |

*Seite / Page 1 / 1*

**Exhibit B**