IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Atlas Uluslararasi Kumanyacılık tic A.Ş<br>Atlas Gemi Vanalari ve Ekipmanlari Tic Ltd Sti,<br>    Plaintiffs,<br><br>vs.<br><br>M/V ARICA, IMO 9399741, its engines, tackle and apparel,<br>    Defendant in rem,<br><br>and<br><br>FS Arica, Ltd.,<br>    Defendant in personam,<br><br>and<br><br>The Master of the M/V ARICA,<br>    Garnishee.<br><br>Deutsche Calpam GmbH,<br>    Intervenor Plaintiff,<br><br>vs.<br><br>FS Arica, Ltd.,<br>    Defendant,<br><br>and<br><br>The Master of the M/V ARICA,<br>    Garnishee. | Case No. 1:20-cv-679-UNA |

**ORDER AUTHORIZING FILING OF INTERVENOR COMPLAINT,
ISSUANCE OF PROCESS OF MARITIME ATTACHENT AND GARNISHMENT,
AND ALTERNATIVE SERVICE**

Having considered Deutsche Calpam GmbH's proposed Intervenor Complaint and motion for an order authorizing (1) intervention as of right under Fed. R. Civ. P. 24(a)(2); (2) issuance of process of maritime attachment and garnishment under Fed. R. Civ. P. Supp. B(1)(b); and (3) alternative service due to the U.S. Marshal's unavailability; and the conditions of Fed. R. Civ. P. Supp. B appearing to exist, the Court hereby:

ORDERS that Deutsche Calpam GmbH is granted leave to intervene and that its proposed Intervenor Complaint shall be docketed by the Clerk; and

ORDERS that the Clerk shall issue a Writ of Maritime Attachment and Garnishment pursuant to Rule B, directing the attachment of all property, tangible or intangible, belonging to Defendant FS Arica, Ltd. and located within this District, up to the amount of Deutsche Calpam GmbH's claim; and

ORDERS that any person claiming an interest in any property attached or garnished pursuant to this Order shall, upon application to the Court, be entitled to a prompt hearing at which Deutsche Calpam GmbH shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and

ORDERS that a copy of this Order be attached to and served with the Writ of Maritime Attachment and Garnishment; and

ORDERS that Palmer Biezup & Henderson LLP is hereby appointed in place of the U.S. Marshal to serve the Writ of Maritime Attachment and Garnishment; and

ORDERS that, in light of present Covid-19 restrictions, service of the Writ may be made by facsimile, email or other electronic transmission directed to the Master of the M/V ARICA, as Garnishee, c/o the Vessel's husbanding agent, Inchcape Shipping Services (Fax 856-742-7317, Email April.Hale@iss-shipping.com and iss.philadelphia@iss-shipping.com) or such other

husbanding agent as may succeed Inchcape Shipping Services, and that upon such service the M/V ARICA shall stand as attached pursuant to the Writ; and

ORDERS that Palmer Biezup & Henderson LLP shall report the fact of such service to the U.S. Marshal and cause to be filed a return of service with this Court following service of the Writ of Maritime Attachment and Garnishment.

SO ORDERED this ____ day of May 2020.

_____
UNITED STATES DISTRICT JUDGE