IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Atlas Uluslararasi Kumanyacılık tic A.Ş <br><br> Atlas Gemi Vanalari ve Ekipmanlari Tic Ltd Sti, <br><br>     PlaintiffS, <br><br> vs. <br><br> M/V ARICA, IMO 9399741, its engines, tackle and apparel, <br><br>     Defendant *in rem*, <br><br> and <br><br> FS Arica, Ltd., <br><br>     Defendant *in personam*, <br><br> and <br><br> The Master of the M/V ARICA, <br><br>     Garnishee. | CIVIL ACTION NO.: 20-679-RGA <br><br> IN ADMIRALTY, Rule 9(h) |

**CLERK'S ENTRY OF DEFAULT**
**- DEFENDANT *IN REM* M/V ARICA**

Upon the request of plaintiffs Atlas Uluslararasi Kumanyacılık tic A.Ş and Atlas Gemi Vanalari ve Ekipmanlari Tic Ltd Sti (collectively "Atlas") pursuant to Fed. R. Civ. P. 55(a);

Process having been executed on May 20, 2020 [ECF 14], Supplemental Admiralty Rule C(6)(a)(i)(A) requiring that a person who asserts a right of possession or any ownership interest in the property that is the subject of the action must file a verified statement of right or interest within 14 days after the execution of process, that time having run on June 3, 2020;

26595323.1

No statement of right or interest having been filed as required by Supplemental Admiralty Rule C(6)(a)(i)(A);

The conditions of Rule 55(a) having been met, default is entered against the defendant *in rem*, M/V ARICA, IMO 9399741, its engines, tackle and apparel.

JOHN A. CERINO, CLERK
U. S. DISTRICT COURT

Date: 6/19/2020

By: *n. Selmyer*
Deputy Clerk

26595323.1