IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Atlas Uluslararasi Kumanyacılık tic A.Ş
Atlas Gemi Vanalari ve Ekipmanlari Tic Ltd
Sti,
      Plaintiffs,

vs.

M/V ARICA, IMO 9399741, its engines,
tackle and apparel,
      Defendant in rem,

and

FS Arica, Ltd.,
      Defendant in personam,

and

The Master of the M/V ARICA,
      Garnishee.

_____

NETWORK SHIPPING LTD.,
      Intervenor Plaintiff,

vs.

FS Arica, Ltd.,
      Defendant,

and

The Master of the M/V ARICA,
      Garnishee.

CIVIL ACTION N.: 20-679-RGA

IN ADMIRALTY, Rule 9(h)

**MOTION FOR DEFAULT JUDGMENT**

Intervening Plaintiff Network Shipping Ltd ("Network") hereby requests, pursuant to Fed. R. Civ. P. 55(b)(1), that default judgment be entered against Defendant M/V ARICA, IMO 9399741, in the amount of $292,686.34, plus attorneys' fees, interest and costs of at least $25,000, for a  total amount of $317,686.34. As set forth in the accompanying Memorandum of Law, the conditions of Rule 55(b) have been satisfied and entry of default judgment is proper as a matter of law.

YOUNG CANAWAY STARGATT & TAYLOR LLP

*/s/ Timothy Jay Houseal*

_____
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

Admitted *Pro Hac Vice*

Martin F. Casey
Gregory G. Barnett
Casey & Barnett LLC                    *Attorneys for Network Shipping Ltd.*
305 Broadway, Ste 1202
New York, New York 10007
Tel: 212-286-0225
Fax: 212-286-0261
mfc@caseybarnett.com
ggb@caseybarnett.com

Dated: July 6, 2020