IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Atlas Uluslararasi Kumanyacılık tic A.Ş et al. <br><br> Plaintiffs/Intervening Plaintiffs, <br><br> vs. <br><br> M/V ARICA, IMO 9399741, its engines, tackle and apparel et al. <br><br> Defendants. | § <br> § <br> § <br> § <br> § CIVIL ACTION NO.: 20-679-RGA <br> § <br> § IN ADMIRALTY, Rule 9(h) <br> § <br> § <br> § <br> § |

**VERIFIED NOTICE OF NOMINATION PURSUANT TO
AGREED ORDER AUTHORIZING SUBMISSION OF CREDIT BID**

TO:   All counsel of record

Broker CW KELLOCK & CO LTD.

**PLEASE TAKE NOTICE** that, pursuant to the Agreed Order Authorizing Submission of Credit Bid [D.I. 61] (the "Credit Bid Order"), Intervening Plaintiff BANK OF AMERICA MERRILL LYNCH INTERNATIONAL D.A.C. hereby nominates ROBIN 4 SHIPPING INC., a corporation incorporated under the laws of the Republic of the Marshall Islands with registration number 104711, whose registered office is at Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, MH96960, Marshall Islands, to act as the "Nominated Entity" within the meaning given to such term in the Credit Bid Order, and take all actions that the Nominated Entity may or must take under the Credit Bid Order, on the terms and conditions set forth therein, including but not limited to (i) credit bidding at the interlocutory sale of the M/V ARICA, (ii) taking title of the M/V ARICA if the Nominated Entity is the highest bidder, and (iii) making all payments and deposits required by the Credit Bid Order.

Dated: July 15 2020                                    Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | REED SMITH LLP |
| Jane Freeberg Sarma<br>Alice D. Colarossi<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>E-mail: jsarma@reedsmith.com<br>E-mail: acolarossi@reedsmith.com | */s/ Brian M. Rostocki*<br>Brian M. Rostocki (No. 4599)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7561<br>E-mail: brostocki@reedsmith.com<br><br>*Counsel for Intervening Plaintiff Bank of America Merrill Lynch International D.A.C.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Atlas Uluslararasi Kumanyacılık tic A.Ş et al. | § § § | |
| **Plaintiffs/Intervening Plaintiffs,** | § § | CIVIL ACTION NO.: 20-679-RGA |
| vs. | § § | IN ADMIRALTY, Rule 9(h) |
| M/V ARICA, IMO 9399741, its engines, tackle and apparel et al. | § § § | |
| **Defendants.** | § | |

**VERIFICATION OF NOTICE OF NOMINATION PURSUANT TO**
**AGREED ORDER AUTHORIZING SUBMISSION OF CREDIT BID**

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is John Nathan Held. I am over the age of 21, of sound mind, and have never been convicted of a felony. I am a Managing Director of Bank of America N.A. and an authorised signatory of Bank of America Merrill Lynch International D.A.C. ("BAML"), and am authorized to make this verification on BAML's behalf.

2. I have read the foregoing Notice of Nomination Pursuant to Agreed Order Authorizing Submission of Credit Complaint in Intervention (the "Notice") and know the contents thereof.

3. Based upon my own personal knowledge, the information contained therein is true and correct, and the issuance of the Notice has been duly authorized by BAML.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2020.

Name: John Nathan Held
Title: Authorised Signatory
Bank of America Merrill Lynch International D.A.C.

England and Wales
City of London

Acknowledged before me by the within named John Nathan Held by video appearance this 15th day of July 2020 he having solemnly averred the truth of the above statements.



NOTARY PUBLIC
LONDON, ENGLAND
MICHELLE SCOTT-BRYAN
(My Commission expires with Life)

# CHEESWRIGHTS
SCRIVENER NOTARIES | LLP

Bankside House, 107 Leadenhall Street,
London EC3A 4AF
T: +44 (0) 20 7623 9477
www.cheeswrights.com

- 2 -