IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ATLAS ULUSLARARASI
KUMANYACILIK TIC A.Ş et
al.,

      Plaintiffs/Intervening Plaintiffs,

v.

M/V ARICA, IMO 9399741, its engines,
tackle and apparel, et al.,

      Defendants.

Civil Action No. 20-679-RGA

IN ADMIRALTY, Rule 9(h)

## ORDER

For the reasons stated in the accompanying Memorandum, Calpam's Motion to Disburse Registry Funds (D.I. 100) and Atlas's Motion for Entry of Summary Judgment Pursuant to Fed. R. Civ. P. 56 (D.I. 103) are DENIED.   BOA's Motion for Summary Judgment on Priorities of Claims and Order for Return of Deposit (D.I. 102) is GRANTED.   The Clerk is directed to return the balance (approximately $605,672.61) in the Court's registry to BOA.

Entered this 11ᵗʰ day of March, 2022.

United States District Judge