IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Atlas Uluslararasi Kumanyacılık tic A.Ş, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> M/V ARICA, IMO 9399741, its engines, tackle and apparel, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 20-679-RGA <br><br> IN ADMIRALTY, Rule 9(h) |

## CLERK'S ENTRY OF DEFAULT – FS ARICA, LTD.

Plaintiffs Atlas Uluslararasi Kumanyacılık tic A.Ş and Atlas Gemi Vanalari ve Ekipmanlari Tic Ltd Sti (collectively "Atlas"), having requested entry of default, and it appearing from the docket that Defendant FS Arica, Ltd. has not answered or otherwise moved with respect to the Verified Complaint,

IT IS HEREBY ORDERED, in accordance with Supplemental Rule B and Fed. R. Civ. P. 55(a), default is hereby entered against Defendant FS Arica, Ltd. on this 12th day of April, 2022.

JOHN A. CERINO, CLERK
U. S. DISTRICT COURT

By: N. Selmyer
Deputy Clerk

29271170.1